

## U. S. Department of Justice

**Thomas G. Walker**
United States Attorney
Eastern District of North Carolina

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

DATE: 6/17/2014

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: THOMAS G. WALKER
United States Attorney

ATTN OF: Adam F. Hulbig
Assistant United States Attorney

SUBJECT: U.S. v. Teresa Lyn Fletcher
No. 5:14-CR-120-1H  Western DIVISION

  Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

  The warrant should be returnable before the U.S. Magistrate Judge.

AFH/ael

cc: US Marshal Service
    US Probation Office