# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Teresa Lyn Fletcher                                    Docket No. 5:14-CR-120-1H

**Sealed Petition for Action on Conditions of Pretrial Release -** ADJUDICATED
Warrant Requested

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Teresa Lyn Fletcher, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 26th day of June, 2014, under the following conditions:

- Maintain or actively seek employment.

- Obtain no passport

- Abide by the following conditions on personal association, place of abode, or travel: Eastern District of North Carolina

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: No specific individuals listed

- Refrain from possessing a firearm, destructive device, or other dangerous weapon

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Cannot apply for new credit or open a bank account without the permission of the Probation Officer

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

The defendant appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge for arraignment on the 8th day of September, 2014, and supervision was continued under existing conditions.

The defendant appeared before the Honorable Malcolm Howard, Senior U.S. District Judge for a hearing to determine compliance with conditions of her release on the 8th day of October, 2014. At that time no violation conduct was found, and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It has come to the attention of the U.S. Probation office, via the U.S. Attorney's office, that Ms. Fletcher has once again engaged in fraudulent activity. Within one month of her hearing in front of Senior U.S. District Judge Howard, Ms. Fletcher sent a fraudulent bank letter to VW Credit/Audi Financial Services. The fraudulent letter was a document forged on NewBridge Bank letterhead sent to VW Credit/Audi Financial Services to remove a negative mark on her credit, namely non-payment on her car loan, due to bogus identity theft claims.

**PRAYING THAT THE COURT WILL ORDER**

Issue a warrant due to the defendant's blatant violations of her conditions of pretrial release. She has shown no remorse in her actions and in fact has shown that she will continue to commit fraudulent activities even after having been in front of Your Honor already on violation conduct.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain | /s/Arthur B Campbell |
| Michael C. Brittain | Arthur B Campbell |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610, |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: December 23, 2014 |

### ORDER OF THE COURT

Considered and ordered the 5th day of January, 2015, and ordered filed and made part of the records in the above case. The clerk is directed to issue a warrant in accordance with the requests.

_____
Malcolm J. Howard
Senior U.S. District Judge