IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-120-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TERESA LYN FLETCHER, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States and for good cause shown, the court will convene a hearing contemporaneously with the sentencing hearing on February 24, 2015, to determine whether the defendant has breached her plea agreement.

This 19th day of February 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh