FILED: March 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4141
(5:14-cr-00120-H-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

TERESA LYN FLETCHER

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:14-cr-00120-H-1 |
| Date notice of appeal filed in originating court: | 03/05/2015 |
| Appellant | Teresa Lyn Fletcher |
| Appellate Case Number | 15-4141 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |