RECEIVED

MAY 2 7 2015 NB

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

The following item's are a list of things that belong to Dusty Carden. I ask that I may be able to retain my property listed below. Thank you.

Bed and mattress set( purchased 2001 by my father)

2 Wooden dressers ( purchased 1994 by parents as a gift for receiving first black belt)
Clothes and shoes    (purchased by me at various points)

1 60 inch Dlp Mitsubishi television (purchased by me on black Friday in 2004 with birthday money)

1 42 inch Westinghouse lcd television ( purchased by me in 2011 from best buy's return item section)

small gun service table (given to me by my grandma)

Used Pse Compound bow    (purchased by me in 2010 at Durham gunsmith in

Book shelf  (purchased by me at walmart right after I graduated highschool)

2 green chairs in my room (given to me after my parents divorce)

Samsung dvd player (purchased by me the same black Friday I bought the Mitsubishi television)

X box 360 (Best Christmas gift my dad has ever given me. Christmas 2009

Wii U   (Purchased by me in 2012)

Cat Tree (belated Christmas gift from my mom  Jan 2013)

Wooden Desk used as T.V. stand  (Given to me after my Grandma passed)

Video games   (Most purchased by me, some gifts since 2009)

Drum set (Christmas gift from my Mom 2011, still haven't learned to play them)

Floor lamp (purchased by me from Walmart in Highschool)

Books  (some I purchased some were gifts, one(The Lion the Witch and the Wardrobe) was given to me by my elementary school librarian because I kept checking it out 1986-2012)

Desk Chair in my room(I purchased it for my Mom for Christmas 2007, she said it hurt her back and gave it back to me)


Two boxes full of Knick knacks, mostly junk( purchased by me over the years)


Poster, and Black beard flag still on walls( purchased by me in Key West at my cousins wedding)

Bed side table (gift from parents in 1994, bought same time dressers were)

Futon (purchased from walmart 2013)

Used microwave( gift from my dad in 2012)

Little dorm fridge (Purchased by me from lowes in 2002 or 2003)

Movies (purchased by me until I realized I could just get Hulu and save money)

Craftsman Tool box and tools (Tool box was from my Grandpa in 1996, tools I've purchased since 1994)

Wooden boken and ceremony sword (Boken I traded comic books for in 1994, and ceremony sword I got when I was 13 years old from my Grandma she surprised me with it)

Dell Laptop (purchased as a gift by parents in the last Christmas they were together 2011 )

Wave master punching bag( gift from Mom Christmas 2008)

Stretching machine( gift from my Uncle Danny in 1993)

Foosball Table (Christmas gift from my Dad 2002)

Old Toys in Attic (purchased from 1980-1994)

Block for shooting arrows at( purchased by me from Dicks sporting goods in 2009)

Two wooden bo staffs, and misc. martial arts gear( purchased by me, my parents from 1992-1998)

Various Long guns listed below( Every single one that I brought to my mothers House was purchased by only me, and locked up. I kept most of them at her house when I lived in it, and she hated that I kept any of them there, as she is extremely anti guns.
Savage 93R17  #1348323
Mossberg 702 Plinkster   #EHJ412166
Savage Mark 2  #1287764
Mossberg 500  #T527896
Remington Model 700 #G6982272
sks  #C-721201
Mossberg MVP #MVP001347
Mauser 7mm #2K874
Remington 870 #RS16343H
Remington 870 Express Magnum #C569707M
Ruger 10/22 #355-11887
Glenfield Mod 20  #25621094
Model M95  #749

Henry 22 #586876H
HI-POINT 995 #E28466
Norinco type 56 #10244609
Mosin Nagat #9130224074
Mosin Nagant 91/30 #9130244982
Mosin Nagant 91/30 #9130244981
Stoeger coach gun #AO48218-11
H & R Single shot #CBA425030
Mossberg 500 #T781234
Kel Tec S 2000 #E8R11

Handguns of mine that I purchased and kept at my Moms in my gun closet are listed below
Remington R1 #RH45020A
Beretta U22 Neos #T06659

All of my firearms were removed from the house on Jan 9th 2015 because I knew if my Mother was released from custody, I would have to remove my guns. Her probation officer made the same statement to G.W Pierce.

        Please allow myself(Dusty Carden), Dylan Carden, and Megan Reid to retain and get back all of our personal property. We can all vouch for one another about where our items came from, and who purchased them. We all understand my Mother did wrong, but we sincerely ask that it doesn't reflect on us, and our possesions. We were kept in the dark about the severity of the crimes until my Mother was arrested, and didn't know about which items were being levied until May 19th 2015.

personal belongings i purchased that i removed from 2905 cone manor lane

### Dylan's bedroom/red bedroom

1. Glass computer desk/ desk chair- bought with child support in early 2014
2. Macbook Pro- given to me in 2009 as a christmas gift from parents
3. Macbook Air- bought in 2014 with child support
4. Imac- bought in 2014 with child support
5. computer monitors-bought in late 2013 with child support
6. ladder style shelf- bought at goodwill
7. clothing -purchased over an extended period of time
8. Xbox one and games- bought in 2014/2015 with child support
9. Figurine's / knick knacks- bought over the past couple years
10. posters / pictures- bought over an extended period of time
11. floor lamp- bought in early 2013 with child support
12. dyson fan- bought in 2013 with child support
13. books/movies- bought over the past 5 years
14. Samsung flat screen tv- given to me in 2008 as a christmas gift from parents
15. yamaha 125le dirtbike- given to me by parents as christmas gift

The following item's are a list of things that belong to Megan Reid. I ask that she may be able to retain my property listed below. Thank you

        Clothes (purchased by her, and her parents)
        Books  (purchased by her ,and her parents)
        Fold out block chair (purchased by her)
Art desk for school( purchased by Dusty Carden, from Michaels as a gift for starting art school)