**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED AUG 1 2 2015 U.S. Marshals Service, EDNC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 5:14CR00120-001H |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Teresa Lyn Fletcher | Consent Order |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2905 Cone Manor Lane
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Raleigh, NC 27613

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

G. Norman Acker, III, Assistant United States Attorney
United States Attorney for the Eastern District of North Carolina
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Coordinate with Rogers Auction and Realty Company, Inc. to have all personal property previously levied removed from the property located at 2905 Cone Manor Lane, Raleigh, NC pursuant to the attached Consent Order. All personal property levied on by the U. S. Marshals Service will be sold by the contracted auctioneer, with all sale proceeds being applied to the criminal resitution owed by defendant. BE SURE TO READ ATTACHED CONSENT ORDER REGARDING PROPERTY TO BE RETURNED TO MEGAN ANN REID. Call Sarah Aman at (919) 856-4189 if you have questions.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (919) 856-4689
DATE: 8/12/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| Acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Carol Smith | 8-12-15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 9-15-15 | 1300 | ☑ pm |

Signature of U.S. Marshal or Deputy
*Paul Jn*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $3250. | $163.30 | | 3,413.30 | | $0.00 |

REMARKS: 8-12-15 USM Raleigh
9-10-15 Megan Reid's property Released to Angela Jean Reid, DL# 33225004 (PS)
9-15-15 All Court ordered Property Removed & Maintained by George Goduin (PS)

FILED SEP 17 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00