

U.S. Department of Justice

United States Marshals Service

*Eastern District of North Carolina*

FILED
OCT 23 2015
JULIE RICHARDS JOHNSTON
US DISTRICT COURT, EDNC
BY _____ DEP CL

*Raleigh, NC 27601*

October 21, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:14CR00120-001H

United States of America,

        Plaintiff,

vs.

        REPORT OF SALE

Teresa Lyn Fletcher,

        Defendant.

I, Scott J. Parker, United States Marshal for the Eastern District of North Carolina, certify that Rogers Realty & Auction Company Inc., through Godwin Auction House at 102 W. Nash Street, Spring Hope, North Carolina, sold personal property belonging to Teresa Lyn Fletcher in the amount of $14,707.50 at public auction on October 10, 2015.

This the 21th day of October, 2015.

        SCOTT J. PARKER
        UNITED STATES MARSHAL