IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14CR00120-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERESA LYN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons cited in the United States' Response, Defendant's Motion for Judicial Review of Forfeiture Order is hereby DENIED.

SO ORDERED this 29th day of October 2015.

MALCOLM J. HOWARD
U.S. District Court Judge