IN THE UNITED STATES OF AMERICA DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO: 5:14CR00120-001H

UNITED STATES OF AMERICA
PLAINTIFF

V.

TERESA LYN FLETCHER
PRO, SE DEFENDANT

FILED NOV 1 2 2015
JULIE RICHARDS JOHNSTON, CLERK
BY US DISTRICT COURT, EDNC
DEP CLK

NOTICE OF APPEAL

And now comes Teresa Lyn Fletcher, pro se Defendant on this 5th day of November 2015 and gives notice to this Honorable Court, that she will appeal the Final Judgment of this court issued on the 29th day of October, 2015 as well as a judgment previously issued by the same Court which Defendant was not served nor received notice.

I declare under the laws of the United States of America and penalty of perjury that the above is true and correct.

*Teresa Lyn Fletcher 11-5-15*

CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of November, 2015 I mailed a true copy of this Notice of Appeal to the below parties, postage prepaid, by placing the same in the mailbox located at Alderson Federal Prison Camp.

*Teresa Lyn Fletcher*     11-5-2015
Teresa Lyn Fletcher         Date
Inmate Registration # 58575056
Po Box A
Alderson, WV 24910

| Clerk of Court | G. Norman Acker | US Court of Appeals 4th Circuit |
|---|---|---|
| Eastern Division of North Carolina | US Attorney's Office | Lewis Powell Jr. |
| 201 Evans Street | 310 New Bern Avenue, ste 800 | United States Courthouse Annex |
| Room 209 | Raleigh, NC 27601 | 110 East Main St. Suite 501 |
| Greenville, NC 27858 | | Richmond, VA 23219 |