# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: __11/12/15__ | District: | District Case No.: |
|---|---|---|
| ✓ First NOA in Case | Eastern District of North Carolina | 5:14-CR-120-H-1 |
| ___ Subsequent NOA-same party | **Division:** | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-new party | Western Division (Raleigh) | 15-4141 |
| ___ Subsequent NOA-cross appeal | **Caption:** | **4CCA Case Manager:** |
| ___ Paper ROA ___ Paper Supp. | USA | |
| Vols: _____ | v. | |
| Other: _____ | Fletcher | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| Teresa Lyn Fletcher | ___ Court granted & did not revoke IFP status (continues on appeal) |
| #58575-056 | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| FPC Alderson | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| PO Box A | |
| Alderson, WV  24910 | |
| **District Judge:** | **PLRA Cases:** |
| Honorable Malcolm J. Howard | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| | ✓ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| | ____ Docket under seal |
| **Coordinator**: Shannon Proctor | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✓ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ✓ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Susan Tripp          _ Phone 252-638-7507          Date: 11/12/15

Case 5:14-cr-00120-H   Document 96   Filed 11/12/15   Page 1 of 1