FILED: November 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4699
(5:14-cr-00120-H-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TERESA LYN FLETCHER

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:14-cr-00120-H-1 |
| Date notice of appeal filed in originating court: | 11/12/2015 |
| Appellant | Teresa Lyn Fletcher |
| Appellate Case Number | 15-4699 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |