UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA
POST OFFICE BOX 5006
GREENVILLE, NORTH CAROLINA 27835-5006

MALCOLM J. HOWARD
SENIOR JUDGE

TELEPHONE: (252) 830-4990

December 3, 2015

Ms. Teresa Lynn Fletcher
Reg. #58575-056
FPC ALDERSON
FEDERAL PRISON CAMP
Glen Ray Rd. Box A
Alderson, WV 24910

Dear Ms. Fletcher:

    I am in receipt of your letter dated October 27, 2015, in which you ask me to waive payment of your fines while you are incarcerated. While an inmate is incarcerated the repayment of any fines is determined by the rules of the Inmate Financial Responsibility Program. This program is run by the Bureau of Prisons. I cannot assist you in this matter under the circumstances.

    I wish you good luck.

Sincerely,

MALCOLM J. HOWARD

SSW:cll

5:14-cr-00120-H