IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-120-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )    **ORDER** |
| TERESA FLETCHER, | ) |
|     Defendant. | ) |

This matter is before the court on defendant's motion for leave to proceed in forma pauperis and for copies of documents, [D.E. #95]. Because defendant is not required to pay a fee before submitting a filing to the court in her criminal case, her motion to proceed in forma pauperis is DENIED AS MOOT.

In her motion, defendant also alleges she has not received copies of docket entries #51, #67, #68, #71, #72, and #78 and requests the court to send copies of these documents to her. Because defendant is represented by two counsels, Mr. Larry Constantine Economos and Mr. William Andrew LeLiever, who have not withdrawn or been released from representation, copies of all filings have been or should have been delivered to them. Defendant should request copies of these documents from counsel. Defendant's request for copies of documents from the court is therefore DENIED.

This 14th day of December 2015.

_____
Malcolm J. Howard
Senior United States District Judge